PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE BELTRAN-PEREZ,<br><br>　　　　　　　Defendant. | CASE NO: 1:24-MJ-00142-BAM<br><br>[~~PROPOSED~~] ORDER TO UNSEAL PETITION |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the petition in the above-captioned matter be, and is, unsealed.

Dated: 12/27/24          /s/ B. McAuliffe
                        The Honorable Barbara A. McAuliffe
                        UNITED STATES MAGISTRATE JUDGE